IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMER GENE MCWILLIAMS, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>E. YLST, Warden, )<br>)<br>Respondent. )<br>_____ ) | No. C 06-3836  MMC (PR)<br><br>**ORDER TO PAY FILING FEE**<br><br>**(Docket No. 2)** |

  On May 25, 2006, in the Central District of California, petitioner, a California prisoner incarcerated at San Quentin State Prison and proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On June 20, 2006, the case was transferred to the Northern District.  On that same date, plaintiff filed in this court an application to proceed in forma pauperis.  Petitioner's trust account documents reveal that at the time the petition was filed petitioner had an available balance of $957.80, and for the six months preceding the filing of the petition, he had average monthly deposits in his trust account of $60.69 and average monthly balances of $912.69.  Petitioner has sufficient funds to pay the $5.00 habeas filing fee.

  Accordingly, the application to proceed in forma pauperis is hereby DENIED.

  Within **30 days** of the date this order is filed, petitioner shall pay the $5.00 filing fee. Petitioner shall include with his payment a clear indication that it is for case number C-06-

3836 MMC (PR).

**Failure to pay the filing fee as ordered herein within 30 days of the date this order is filed shall result in the dismissal of this action without prejudice.**

This order terminates Docket No. 2.

IT IS SO ORDERED.

DATED: December 8, 2006

MAXINE M. CHESNEY
United States District Judge

United States District Court
For the Northern District of California